```
BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
JAMES K. HERING
Certified Law Student
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JEREMIAH WOHLD<br><br>    Defendant(s). | CASE NO.: 1:10-CR-00197-SMS<br><br>MOTION AND ORDER FOR DISMISSAL OF INFORMATION |

  The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Laurel J. Montoya, Assistant United States Attorney, hereby moves to dismiss the Information filed against JEREMIAH WOHLD without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: December 15, 2010    BENJAMIN B. WAGNER
                 United States Attorney


            By : /s/ Laurel J. Montoya
               LAUREL J. MONTOYA
               Assistant U.S. Attorney

O R D E R

IT IS HEREBY ORDERED that the Information filed against JEREMIAH WOHLD be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

**Dated:** **December 16, 2010**          **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE